**CONSENT TO BECOME A PARTY PLAINTIFF**

1. I consent and agree to pursue my wage claims through the lawsuit filed against my employer or former employer.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collections Act. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I intend to pursue my claims individually, unless and until the Court certifies this case as a collective or a class, which I understand has also been alleged.

4. In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this consent form to re-file my claims in a separate or related action against my employer.

Tina Kuljanin
_____
Name

*Tina Kuljanin*
_____
Signature

02/26/2023 04:46 UTC
_____
Date Signed